David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Jason Hatcher (SBN 285481)
jhatcher@myerslawgroup.com
**THE MYERS LAW GROUP, A.P.C.**
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Telephone: (909) 919-2027
Facsimile: (888) 375-2102

Attorneys for Plaintiff Kelly Wilson and
the Class and Participating Collective Members

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY WILSON, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PRIMARY PROVIDER MANAGEMENT COMPANY, INC., a California Corporation; AGILON HEALTH, INC., a Delaware Corporation; CYBER PRO SYSTEMS dba MEDICAL DATA EXCHANGE, INC., a California Corporation; CLAYTON DUBILIER & RICE, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 5:19-cv-00114-GW-KK<br><br>CLASS ACTION<br><br>**NOTICE OF LODGING [AMENDED PROPOSED] ORDER GRANTING PLAINTIFF KELLY WILSON'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; ATTORNEY FEES; COSTS; CLASS REPRESENTATIVE ENHANCEMENT; AND CLAIMS ADMINISTRATOR COSTS; AND JUDGMENT**<br><br>Date:        October 19, 2020<br>Time:        8:30 a.m.<br>Courtroom:   9D<br><br>Action Filed: October 2, 2018<br>Removed: January 18, 2019 |

1

NOTICE OF LODGING [AMENDED PROPOSED] ORDER GRANTING PLAINTIFF KELLY WILSON'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; ATTORNEY FEES; COSTS; CLASS REPRESENTATIVE ENHANCEMENT; AND CLAIMS ADMINISTRATOR COSTS; AND JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that pursuant to the October 19, 2020 hearing, Plaintiff Kelly Wilson hereby lodges the attached [Amended Proposed] Order Granting Plaintiff Kelly Wilson's Motion For Final Approval of Class And Collective Action Settlement; Attorney Fees; Costs; Class Representative Enhancement; and Claims Administrator Costs; and Judgment.

Dated: October 19, 2020

Respectfully submitted,
**THE MYERS LAW GROUP, A.P.C.**

By: /s/Jason Hatcher
David P. Myers, Esq.
Jason Hatcher, Esq.
Attorneys for Plaintiff, the Class Member, and the Participating Collective Members